UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60925-CIV-ALTONAGA/Goodman

**CHEYTAC USA, LLC**,

     Plaintiff,
v.

**NEXTGEN TACTICAL, LLC**, *et al.*,

     Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff, CheyTac USA, LLC's Motion for Preliminary Injunction [ECF No. 15] filed May 23, 2017. The Court has carefully considered the Motion and applicable law.

Pursuant to Local Rule 7.1(c), "[f]or a motion served with the summons and complaint, the opposing memorandum of law shall be due on the day the response to the complaint is due." S.D. FLA. L.R. 7.1(c) (alteration added). Plaintiff has not yet filed proof Defendants, Nextgen Tactical, LLC, Dennis Omanoff, and John Taylor, have been served with the Complaint. The Motion contains a footnote indicating counsel for Nextgen, John Da Grosa Smith, has agreed to accept service of the Motion on behalf of all Defendants, and has accepted service of process — presumably — on behalf of only Nextgen Tactical. (*See* Mot. 1 n.1, 24) Without a waiver or return of service, the Court cannot determine the appropriate deadline for Defendants to respond to the Motion or Complaint. Furthermore, the Court cannot permit Plaintiffs to take discovery from Defendants who have not yet appeared in the case.

CASE NO. 17-60925-CIV-ALTONAGA

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion **[ECF No. 15]** is **DENIED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 25th day of May, 2017

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record