UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60925-CIV-ALTONAGA

CheyTac USA, LLC

    *Plaintiff*,

    *v*.

NextGen Tactical, LLC, Dennis Omanoff,
and Dr. John Taylor,

    *Defendants*.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kristina M. Jones of the law firm of SMITH LLC, 1320 Ellsworth Industrial Blvd., Suite A1000, Atlanta, GA 30318, (404-605-9680) for purposes of appearance as counsel on behalf of NextGen Tactical, LLC, Dennis Omanoff, and Dr. John Taylor in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ms. Jones to receive electronic filings in this case, and in support thereof states as follows:

    1.    Kristina M. Jones is not admitted to practice in the Southern District of Florida and is a member in good standing of the Northern District of Georgia.

    2.    Movant Benjamin D. Van Horn, Esquire, of the law firm SMITH LLC, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of

Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Kristina M. Jones has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Kristina M. Jones, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to her at email address: kjones@smithlit.com.

WHEREFORE, Benjamin D. Van Horn, moves this Court to enter an Order permitting Kristina M. Jones, to appear before this Court on behalf of NextGen Tactical, LLC, Dennis Omanoff, and John Taylor for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to her.

Date: May 31, 2017

                                                                                   Respectfully submitted,

                                                                                    _____/s/_____
                                                                                  Benjamin D. Van Horn
                                                                                  Florida Bar No. 123952
                                                                                  **SMITH LLC**
                                                                                  1320 Ellsworth Industrial Blvd. Ste. A1000
                                                                                  Atlanta, Georgia 30318
                                                                                  404.605.9680 x111
                                                                                  bvanhorn@smithlit.com

                                                                                  *Counsel for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60925-CIV-ALTONAGA

CheyTac USA, LLC

    *Plaintiff*,

    *v*.

NextGen Tactical, LLC, Dennis Omanoff,
and Dr. John Taylor,

    *Defendants*.

_____/

## **CERTIFICATION OF KRISTINA M. JONES**

    I, Kristina M. Jones, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of Northern District of Georgia.

                                          /s/
                                      Kristina M. Jones

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st Day of May, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/
Benjamin D. Van Horn
Florida Bar No. 123952

## SERVICE LIST

CASE NO.: 17-60925-CIV-ALTONAGA

Andrew S. Rapacke, Esquire
Benjamin Bedrava, Esquire
Steve Hyatt, Esquire
THE RAPACKE LAW GROUP, P.A.
Florida Bar No: 0116247
950 S. Pine Island Road
Suite A-150
Plantation, FL 33324
andy@arapackelaw.com
ben@arapackelaw.com

*Attorneys for Plaintiff*