UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60925-CIV-ALTONAGA

CheyTac USA, LLC

    *Plaintiff*,

    *v*.

NextGen Tactical, LLC, Dennis Omanoff,
and Dr. John Taylor,

    *Defendants*.
_____/

**DEFENDANT NEXTGEN TACTICAL LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant NextGen Tactical LLC hereby states that there is no corporation that owns 10% or more of its stock

Respectfully submitted,

_____/s/_____
Benjamin D. Van Horn
Florida Bar No. 123952
John Da Grosa Smith
(*pro hac vice application in progress*)
Kristina M. Jones
(*pro hac vice application in progress*)
**SMITH LLC**
1320 Ellsworth Industrial Blvd. Ste. A1000
Atlanta, Georgia 30318
bvanhorn@smithlit.com

*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st Day of May 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____/s/_____
Benjamin D. Van Horn
Florida Bar No. 123952

**SERVICE LIST**
CASE NO.: 17-60925-CIV-ALTONAGA

Andrew Rapacke, Esq.
Benjamin Bedrava, Esq.
Steve Hyatt, Esq.
THE RAPACKE LAW GROUP, P.A.
Florida Bar No: 0116247
950 S. Pine Island Road
Suite A-150
Plantation, FL 33324
andy@arapackelaw.com
ben@arapackelaw.com

*Counsel for CheyTac USA LLC*

*Via ECF*