# RETURN OF SERVICE

State of FLORIDA          County of SOUTHERN DISTRICT OF FLORIDA          United States District Court Court

Case Number: 17-CIV-60925-CMA

Plaintiff:
**CHEYTAC USA, LLC**

vs.

Defendant:
**NEXTGEN TACTICAL, LLC, DENNIS OMANOFF INDIVIDUALLY, AND JOHN TAYLOR, INDIVIDUALLY**

For:
Andrew Rapacke
THE RAPACKE LAW GROUP, P.A.
618 E South Street
Suite 500
Orlando, FL 32801

Received by Tiffany Blessitt on the 26th day of May, 2017 at 12:20 pm to be served on **NEXTGEN TACTICAL, LLC BY SERVING THEIR REGISTERED AGENT, DENNIS OMANOFF, 801 S. ATLANTIC AVE, COCOA BEACH, FL 32931**.

I, Tiffany Blessitt, do hereby affirm that on the **26th day of May, 2017** at **1:53 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PLAINTIFFS COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF, EXHIBITS** with the date and hour of service endorsed thereon by me, to: **ELAINE OMANOFF** as **CO-RESIDENT** at the address of: **801 S. ATLANTIC AVE, COCOA BEACH, FL 32931**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. No Notary required pursuant to F.S. 92.525

**Tiffany Blessitt**
Process Server #246

**Andrews Agency, Inc.
709 Brookhaven Dr.
Orlando, FL 32803-2504
(407) 649-2085**

Our Job Serial Number: AAM-2020070099

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2f



# **RETURN OF SERVICE**

| | | |
|---|---|---|
| **State of FLORIDA** | **County of SOUTHERN DISTRICT OF FLORIDA** | **United States District Court Court** |

Case Number: 17-CIV-60925-CMA

Plaintiff:
**CHEYTAC USA, LLC**

vs.

Defendant:
**NEXTGEN TACTICAL, LLC, DENNIS OMANOFF INDIVIDUALLY, AND JOHN TAYLOR, INDIVIDUALLY**

For:
Andrew Rapacke
THE RAPACKE LAW GROUP, P.A.
618 E South Street
Suite 500
Orlando, FL 32801

Received by Tiffany Blessitt on the 26th day of May, 2017 at 12:20 pm to be served on **MR. DENNIS OMANOFF INDIVIDUALLY, 801 S. ATLANTIC AVE, COCOA BEACH, FL 32931**.

I, Tiffany Blessitt, do hereby affirm that on the **26th day of May, 2017** at **1:53 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PLAINTIFFS COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF, EXHIBITS** with the date and hour of service endorsed thereon by me, to: **ELAINE OMANOFF** as **CO-RESIDENT** at the address of: **801 S. ATLANTIC AVE, COCOA BEACH, FL 32931**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
THE SUBJECT IS MARRIED TO ELAINE OMANOFF WHO WAS SUB-SERVED FOR SUBJECT.



## RETURN OF SERVICE For 17-CIV-60925-CMA

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. No Notary required pursuant to F.S. 92.525

**Tiffany Blessitt**
Process Server #246

**Andrews Agency, Inc.**
**709 Brookhaven Dr.**
**Orlando, FL 32803-2504**
**(407) 649-2085**

Our Job Serial Number: AAM-2020070098

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2f

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 17-CIV-60925-CMA

Plaintiff:
**Cheytac USA, LLC,**

vs.

Defendant:
**Nextgen Tactical, LLC, Dennis Omanoff, individually, and John Taylor, individually,**

For:
Andrews Agency
709 Brookhaven Drive
Orlando, FL 32803

Received by Andrews Agency on the 26th day of May, 2017 at 2:43 pm to be served on **Mr. John Taylor, individually, 15440 Pompeii Square, Colorado Springs, CO 80921.**

I, Hope Reffel, being duly sworn, depose and say that on the **27th day of May, 2017** at **11:56 am, I:**

**PERSONALLY** served **Summons in a Civil Action; Plaintiff's Complaint for Injunctive and Other Relief; Exhibits 1- 31** to: **Mr. John Taylor, individually** at the address of: **15440 Pompeii Square, Colorado Springs, CO 80921, in El Paso County**

**Additional Information pertaining to this Service:**
Eye Color: Blue

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 5;10", Weight: 180, Hair: Brown, Glasses: N

I am 18 years or more and am not interested in, nor a party to, this case.

(STATE OF COLORADO )
( ) SS
(COUNTY OF EL PASO )

Hope Reffel
Process Server

Subscribed and Sworn to before me on the 30th day of May, 2017 by the affiant who is personally known to me.

My Commission expires:
PATRICIA O'BRIEN
Notary Public
State of Colorado
Notary ID # 20084009825
My Commission Expires 09-29-2020

**Andrews Agency**
**709 Brookhaven Drive**
**Orlando, FL 32803**
**(407) 649-2085**

Our Job Serial Number: TCH-2017002326
Ref: 2020070097

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2e