UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-60925-CIV-ALTONAGA

CheyTac USA, LLC

    *Plaintiff*,

    *v*.

NextGen Tactical, LLC, Dennis Omanoff,
and Dr. John Taylor,

    *Defendants*.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

**Certificate of Interested Parties**

Defendants NextGen Tactical LLC, Dennis Omanoff, and Dr. John Taylor hereby certify that the following are persons and entities that have an interest in the outcome of this litigation:

    NextGen Tactical LLC

    CheyTac USA, LLC

    Praecisa Tenuras LLC

    Live Oak Endeavors LLC

    Dennis Omanoff

    John Taylor, Ph.D.

    Joe Warren

Defendants shall immediately amend this list, alerting all parties and the Court, should any other interested parties become known.

**Corporate Disclosure Statement**

Pursuant to Fed. R. Civ. P. 7.1, Defendant NextGen Tactical LLC hereby states that there is no corporation that owns 10% or more of its stock.

Respectfully submitted,

_____/s/_____
Benjamin D. Van Horn
Florida Bar No. 123952
John Da Grosa Smith
(*admitted pro hac vice*)
Kristina M. Jones
(*admitted pro hac vice*)
**SMITH LLC**
1320 Ellsworth Industrial Blvd. Ste. A1000
Atlanta, Georgia 30318
bvanhorn@smithlit.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th Day of June 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____/s/_____
Benjamin D. Van Horn
Florida Bar No. 123952

**SERVICE LIST**
CASE NO.: 17-60925-CIV-ALTONAGA

Andrew Rapacke, Esq.
Benjamin Bedrava, Esq.
Steve Hyatt, Esq.
THE RAPACKE LAW GROUP, P.A.
Florida Bar No: 0116247
950 S. Pine Island Road
Suite A-150
Plantation, FL 33324
andy@arapackelaw.com
ben@arapackelaw.com

*Counsel for CheyTac USA LLC*

*Via ECF*