UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60925-CIV-ALTONAGA/Goodman

**CHEYTAC USA, LLC**,

    Plaintiff,
v.

**NEXTGEN TACTICAL, LLC**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Defendants, Nextgen Tactical, LLC; Dennis Omanoff; and John Taylor's Motion for an Extension of Time [ECF No. 40] filed June 14, 2017. The deadline to respond to Plaintiff's Motion for Preliminary Injunction [ECF No. 35] is June 23, 2017. (*See* Mot. Extension 2 n.5; *see also* S.D. FLA. L.R. 7.1(c)).

In Defendants' Motion for an Order Setting Response Deadlines [ECF No. 18], filed May 31, 2017, Defendants stated Plaintiff served them with an earlier motion for injunctive relief on May 23, 2017. (*See id.* 2). Furthermore, in their Motion for Extension, Defendants acknowledge this is Plaintiff's "*fourth* attempt at preliminary relief." (Mot. Extension 1 (emphasis in original)). Despite having notice of Plaintiff's intent to seek preliminary injunctive relief for several weeks, Defendants nevertheless request a one-month extension of time to respond, to coincide with "Defendants' response deadlines." (*Id.* 2). Defendants have had ample time to prepare a response and, more importantly, have failed to show good cause for their request, as required by Local Rule 7.1(a)(J).

CASE NO. 17-60925-CIV-ALTONAGA/Goodman

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion for Extension **[ECF No. 40]** is **DENIED**. Additionally, because the language of Defendants' Motion for Extension raises some doubt, the Court reminds Defendants they were directed, in a June 1, 2017, endorsed order [ECF No. 33] to file a *single, combined response* to the Complaint, or *separate answers*, as applicable.

**DONE AND ORDERED** in Miami, Florida, this 15th day of June, 2017

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record