June 23, 2017

**VIA ECF/CMF**

Courtroom Clerk for
Judge Cecilia M. Altonaga
Wilkie D. Ferguson, Jr.
United States Courthouse
400North Miami Avenue
Room 12-2
Miami, FL 33128

Re:   *CheyTac USA, LLC v. NextGen Tactical, LLC, Dennis Omanoff, and Dr. John Taylor* case no.: 17-60925-CIV-Altonaga

Dear Sir/Madam:

    I write pursuant to Local Rule 83.1(E)(3) to notify you that I will take a leave of absence on July 20, 2017 and July 21, 2017 and to request that this case not be calendared during these periods.

                          Sincerely,

                          /s/ John Da Grosa Smith

                          John Da Grosa Smith
                          Georgia Bar No. 660946
                          jdsmith@smithlit.com

cc:   All counsel of record (via ECF)