UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60925-CIV-ALTONAGA/Goodman

**CHEYTAC USA, LLC**,

      Plaintiff,
v.

**NEXTGEN TACTICAL, LLC**, *et al.*,

      Defendants.
_____/

**ORDER STRIKING NOTICE OF UNAVAILABILITY**

THIS CAUSE came before the Court upon a review of the record. On June 23, 2017, Defendants filed a Letter/Notice of Unavailability **[ECF No. 44]**. Neither the Local Rules nor the Federal Rules of Civil Procedure authorize a Notice of Unavailability, and the Court is unwilling to undertake the responsibility of keeping track of the whereabouts of parties or their counsel in every case before it. If a party wishes to move a hearing, trial, or other deadline set by the Court, an appropriate motion must be filed. A blanket motion for continuance or extension of time and/or for protective order that does not refer to a specific deadline, hearing or a trial date is also inappropriate. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Notice of Unavailability **[ECF No. 44]** is **STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of June, 2017

*/s/ Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record