UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60925-CIV-ALTONAGA/Goodman

**CHEYTAC USA, LLC**,

      Plaintiff,

v.

**NEXTGEN TACTICAL, LLC**, *et al.*,

      Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with the Honorable Stanley F. Birch on August 21, 2017 in Atlanta, Georgia. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**ENTERED** this 11th day of July, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record