UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case NO. 17-60925-civ-ALTONAGA

CHEYTAC USA, LLC,

    Plaintiff,

v.

NEXTGEN TACTICAL, LLC,
DENNIS OMANOFF, and DR. JOHN TAYLOR,

    Defendants.

_____/
_____

**NOTICE OF APPEARANCE**
_____

    The undersigned hereby gives notice of the appearance of Roy D. Wasson of Wasson & Associates, Chartered as co-counsel for Plaintiff, CheyTac USA, LLC, by counsel. Please serve all pleadings upon *e-service@wassonandassociates.com*

                                  Respectfully submitted,

                                    WASSON & ASSOCIATES, CHARTERED
                                    Co-counsel for Plaintiff
                                    Courthouse Plaza—Suite 600
                                    28 West Flagler Street
                                    Miami, Florida 33130
                                    (305) 372-5220 Telephone
                                    (305) 372-8067 Facsimile

                                              *roy@wassonandassociates.com*
                                              *e-service@wassonandassociates.com*

By:   *s/ Roy D. Wasson*
       ROY D. WASSON
       Florida Bar No. 332070

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on July 17, 2017.

By:   *s/ Roy D. Wasson*
       ROY D. WASSON
       Florida Bar No. 332070

2

WASSON & ASSOCIATES, CHARTERED
28 West Flagler Street, Suite 600 • Miami, Florida 33130 • (305) 372-5220 Telephone
www.wassonandassociates.com

## **SERVICE LIST**

**Counsel for Plaintiff**
Andrew Rapacke
Florida Bar No. 0116247
Benjamin Bedrava
Florida Bar No. 113804
The Rapacke Law Group, P.A.
950 S. Pine Island Road, Suite A-150
Plantation, FL 33324
(954) 533-4396 Telephone
(407) 992-6101 Facsimile
*andy@arapackelaw.com*

Roy D. Wasson
Florida Bar No. 332070
Wasson & Associates, Chartered
Courthouse Plaza—Suite 600
28 West Flagler Street
Miami, Florida 33130
(305) 372-5220 Telephone
(305) 372-8067 Facsimile
*roy@wassonandassociates.com*
*e-service@wassonandassociates.com*

**Counsel for Defendant**
Benjamin D. Van Horn
Florida Bar No. 123952
Smith LLC
1320 Ellsworth Industrial Blvd., Suite A1000
Atlanta, Georgia 30318
*bvanhorn@smithlit.com*
*jdsmith@smithlit.com*
*kjones@smithlit.com*