UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case NO. 17-60925-civ-ALTONAGA

CHEYTAC USA, LLC,

    Plaintiff,

v.

NEXTGEN TACTICAL, LLC,
DENNIS OMANOFF, and DR. JOHN TAYLOR,

    Defendants.

_____/
_____

### PLAINTIFF'S MOTION FOR LEAVE TO USE ELECTRONIC EQUIPMENT IN THE COURTHOUSE
_____

The Plaintiff, CheyTac USA, LLC, by counsel, pursuant to Southern District Administrative Order 2006-16 "In Re: Cellular Phone and Electronic Equipment Usage in the Courthouse," the Plaintiff requests written permission from this Court for the specific person with the following specific electronic devices for the following specified period of time as per AO2006-16(I)(A):

1.    Specific Person: Patrick Levy, Category 3 Legal Media, 3109 Grand Avenue, Suite 278, Miami, FL 33133; (305) 741-2283; Florida Driver's License No. L100-677-63-326-0; DOB 09/03/63;

2. Specific Electronic Device(s): Macbook Pro 17" Laptop Computer with associated peripherals/accessories;

3. Specific Purpose: Presentation of Electronic Exhibits for consideration as evidence and for use during oral argument before this Court in this case.

4. Specific Period of Time: Friday, July 21, 2017 for this Court's all-day hearing on Plaintiff's Motion for Preliminary Injunction.

For grounds, Plaintiff states that the subject equipment will facilitate the presentation of necessary materials before the Court.  Further, Plaintiff's undersigned counsel states that he has tried to multiple cases with Mr. Levy and know him to be an honorable and responsible person.  Therefore, this motion should be granted.

          Respectfully submitted,

          WASSON & ASSOCIATES, CHARTERED
          Co-counsel for Plaintiff
          Courthouse Plaza—Suite 600
          28 West Flagler Street
          Miami, Florida 33130
          (305) 372-5220 Telephone
          (305) 372-8067 Facsimile
          roy@wassonandassociates.com
          e-service@wassonandassociates.com

By:   *s/Roy D. Wasson*
       ROY D. WASSON
       Florida Bar No. 332070

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on July 19, 2017.

         By: *s/Roy D. Wasson*
            ROY D. WASSON
            Florida Bar No. 332070

## SERVICE LIST

**Counsel for Plaintiff**
Andrew Rapacke
Florida Bar No. 0116247
Benjamin Bedrava
Florida Bar No. 113804
The Rapacke Law Group, P.A.
950 S. Pine Island Road, Suite A-150
Plantation, FL 33324
(954) 533-4396 Telephone
(407) 992-6101 Facsimile
andy@arapackelaw.com
ben@arapackelaw.com

Roy D. Wasson
Florida Bar No. 332070
Wasson & Associates, Chartered
Courthouse Plaza—Suite 600
28 West Flagler Street
Miami, Florida 33130
(305) 372-5220 Telephone
(305) 372-8067 Facsimile
roy@wassonandassociates.com
e-service@wassonandassociates.com

**Counsel for Defendant**
Benjamin D. Van Horn
Florida Bar No. 123952
Smith LLC
1320 Ellsworth Industrial Blvd., Suite A1000
Atlanta, Georgia 30318
bvanhorn@smithlit.com
jdsmith@smithlit.com
kjones@smithlit.com