UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case NO. 17-60925-civ-ALTONAGA

CHEYTAC USA, LLC,

    Plaintiff,

v.

NEXTGEN TACTICAL, LLC,
DENNIS OMANOFF, and DR. JOHN TAYLOR,

    Defendants.

_____/
_____

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS
TO MEET AND EXCHANGE EXHIBITS OR TO PRECLUDE
DEFENDANTS FROM INTRODUCING EVIDENCE AT HEARING**
(EXPEDITED CONSIDERATION REQUESTED)
_____

    The Plaintiff, CheyTac USA, LLC, by counsel, moves the Court for an order compelling Defendants to meet with Plaintiff's counsel prior to the commencement of the evidentiary hearing scheduled for July 21 to exchange and mark exhibits, and to preclude Defendants from introducing evidence at said hearing should they fail to participate in an exhibit exchange in good faith.  For grounds, Plaintiff states that their undersigned counsel has informed Defendants' attorneys of this Court's policies requiring counsel to meet, agree upon, and mark exhibits prior to non-jury

proceedings, but Defendants have expressly refused to attend any such meeting. In support of this motion, the Plaintiff states as follows:

1. The undersigned counsel is aware of this Court's procedures for bench trials under which the parties are required to meet to attempt to agree upon exhibits, mark them and place them into three divisions of the exhibit notebook.

2. The undersigned first appeared in this case on July 17 and, on that date, sent a letter to counsel for the Defendants stating that "this is Plaintiff's request for Defendants good faith cooperation in narrowing the issues that will be factually contested," and enclosing a list of proposed facts to be stipulated.

3. Defendants' attorneys responded by letter dated July 19 stating that "Defendants are not required to engage in this untimely and improper exercise and respectfully decline to do so."

4. By email correspondence from the undersigned to counsel for Defendants on July 19, I advised Defendants' counsel that "[w]e need to get together tomorrow to exchange and mark exhibits for Friday's hearing (or do it by email)," and "suggest[ed] that we meet in my office (either in person or electronically) at 4:00 pm on Thursday to handle this matter."

5. Defense counsel replied to that email stating that they were "in the midst for preparing for your evidentiary hearing and therefore unfortunately unavailable to meet with you at this time."

2

Wasson & Associates, Chartered
28 West Flagler Street, Suite 600 • Miami, Florida 33130 • (305) 372-5220 Telephone
www.wassonandassociates.com

6.      The Plaintiff intends to introduce into evidence dozens of exhibits, the vast majority of which are of unquestionable authenticity and admissibility which should be agreed to by defense counsel.

7.      However, if Defendants fail and refuse to make any effort to meet with Plaintiff's counsel to stipulate to facts and agree to incontestable exhibits, it will be a needless waste of this Court's time and the parties' energies.

8.      Therefore, Defendants should be directed to meet with the undersigned and prepare the evidence notebook, or be precluded from introducing evidence at the subject hearing.

The undersigned hereby certifies that he has conferred with the Defendants in an good faith efforts to resolve the issues raised in this motion and has been able to do so.

WHEREFORE, the Plaintiff having demonstrated good cause why Defendants should meet with counsel to exchange exhibits and stipulate to certain facts, this motion should be granted.

Respectfully submitted,

| WASSON & ASSOCIATES, CHARTERED | ANDREW SCOTT RAPACKE |
| --- | --- |
| Courthouse Plaza—Suite 600 | THE RAPACKE LAW GROUP, P.A. |
| 28 West Flagler Street | 618 E South St Ste 500 |
| Miami, Florida 33130 | Orlando, Florida 32801 |
| (305) 372-5220 Telephone | (407) 801-9368 Telephone |
| (305) 372-8067 Facsimile | (407) 992-6101 Facsimile |
| roy@wassonandassociates.com | andy@arapackelaw.com |
| e-service@wassonandassociates.com | |

Counsel for Plaintiff

By:   *s/ Roy D. Wasson*
ROY D. WASSON
Florida Bar No. 332070

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on July 20, 2017.

By:   *s/ Roy D. Wasson*
ROY D. WASSON
Florida Bar No. 332070

## SERVICE LIST

**Counsel for Plaintiff**
Andrew Rapacke
Florida Bar No. 0116247
Benjamin Bedrava
Florida Bar No. 113804
The Rapacke Law Group, P.A.
950 S. Pine Island Road, Suite A-150
Plantation, FL 33324
(954) 533-4396 Telephone
(407) 992-6101 Facsimile
andy@arapackelaw.com
ben@arapackelaw.com

Roy D. Wasson
Florida Bar No. 332070
Wasson & Associates, Chartered
Courthouse Plaza—Suite 600
28 West Flagler Street
Miami, Florida 33130
(305) 372-5220 Telephone
(305) 372-8067 Facsimile
roy@wassonandassociates.com
e-service@wassonandassociates.com

**Counsel for Defendant**
Benjamin D. Van Horn
Florida Bar No. 123952
Smith LLC
1320 Ellsworth Industrial Blvd., Suite A1000
Atlanta, Georgia 30318
bvanhorn@smithlit.com
jdsmith@smithlit.com
kjones@smithlit.com