UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60925-CIV-ALTONAGA/Goodman

**CHEYTAC USA, LLC**,

    Plaintiff,

v.

**NEXTGEN TACTICAL, LLC**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court at a July 21, 2017 hearing [ECF No. 74] on Plaintiff's Motion for Preliminary Injunction [ECF No. 35] and Request for Judicial Notice [ECF No. 67]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion for Preliminary Injunction **[ECF No. 35]** is **DENIED** without prejudice.

2. The Request for Judicial Notice **[ECF No. 67]** is **DENIED** without prejudice.

3. Defendant, John Taylor, is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 21st day of July, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record