**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 17-60925-CIV-ALTONAGA**

**CHEYTAC USA, LLC**,

    Plaintiff,
vs.

**NEXTGEN TACTICAL, LLC**, *et al*.,

    Defendants.
_____/

**NOTICE SETTING TELEPHONIC HEARING**

PLEASE TAKE NOTICE that a status conference re Defendants' Motion to Dismiss [ECF No. 76] has been scheduled on **July 31, 2017 at 2:00 p.m.** The parties may appear by phone and are instructed to call 1-888-684-8852 on the date and time set forth above. The access code is 3156459 and the password is 5510. **For clarity, please do not use a cell phone or a speaker phone.**

Date:   July 26, 2017

                                          STEVEN M. LARIMORE, CLERK
                                          By:   /s/   Warren Condon_____
                                          Courtroom Deputy for the
                                          Honorable Cecilia M. Altonaga
                                          (305) 523-5515

cc:     counsel of record