UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60925-CIV-ALTONAGA/Goodman

CHEYTAC USA, LLC,

       Plaintiff,

v.

NEXTGEN TACTICAL, LLC, *et al.*,

       Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Plaintiff, CheyTac USA, LLC's Motion for Leave to Amend Complaint [ECF No. 78], filed on July 27, 2017.   This is Plaintiff's first request to amend its Complaint [ECF No. 1], and the present Motion was filed within the deadline to amend pleadings (*see* Order Setting Trial . . . [ECF No. 41] 1).   Because leave to amend is freely given, and notwithstanding Defendants' opposition to the relief sought (*see* Mot. ¶ 6), it is

      **ORDERED AND ADJUDGED** as follows:

1. The Motion for Leave to Amend **[ECF No. 78]** is **GRANTED**.

2. Plaintiff shall file its amended complaint as a separate docket entry on or before **August 1, 2017**.

3. Defendants' Motion to Dismiss **[ECF No. 76]** is **DENIED** as moot.

4. The telephonic hearing scheduled for July 31, 2017 is **CANCELED**.

CASE NO. 17-60925-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 28th day of July, 2017.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2