## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  17-60925-CIV-ALTONAGA/Goodman

**CHEYTAC USA, LLC**,

    Plaintiffs,

v.

**NEXTGEN TACTICAL, LLC**,
and **DENNIS OMANOFF,**

    Defendants.

_____/

### **ORDER**

**THIS CAUSE** came before the Court *sua sponte*.  Counsel for Andrew Rapacke, counsel for Plaintiff, requires representation regarding the Order [ECF No. 115] entered on January 14, 2019.  Being fully advised, it is

**ORDERED** that the Paperless Order **[ECF No. 117]** is **SET ASIDE**.  The Clerk is directed the add John M. Bustamante to the notification list for this case, and to send all ECF notifications to bustamante@DCLLegal.com.

**DONE AND ORDERED** in Miami, Florida, this 14th day of January, 2019.

                                                         **CECILIA M. ALTONAGA**
                                                         **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record